# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

Martin Gagne,

    Plaintiff,

v.                                              Case No. 1:10cv681

The Cincinnatian Hotel,              Judge Michael R. Barrett

    Defendant.

## ORDER

Meals were provided for Jurors while deliberating in the above captioned case on February 15, 2012. The cost of this expenditure shall be paid by the Clerk for the United States District Court for the Southern District of Ohio.

**IT IS SO ORDERED.**

                                                  s/Michael R. Barrett
                                                  Michael R. Barrett
                                                  United States District Judge