**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT CINCINNATI**

**MARTIN GAGNE,**
    **Plaintiff,**

-vs-                                                        Case No.  1:10-CV-681

**THE CINCINNATIAN HOTEL,**
    **Defendant.**

_____

## JUDGMENT IN A CIVIL CASE

| | | |
|---|---|---|
| X | **Jury Verdict.** | This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict. |
| | **Decision by Court.** | This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered. |

**IT IS ORDERED AND ADJUDGED**

The Jury finds in favor of the Defendant.  This action is CLOSED.


Date:  February 16, 2012                                      JAMES BONINI, CLERK


                                                                              By:s/Emily Bromwell Hiltz
                                                                              Emily Bromwell Hiltz,  Deputy Clerk