UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

MARTIN GAGNE,
    Plaintiff,

-vs-                                  Case No. 1:10-CV-681

THE CINCINNATIAN HOTEL,
    Defendant.

## JUDGMENT IN A CIVIL CASE

**X**     **Jury Verdict.**     This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

        **Decision by Court.**     This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

The Jury finds in favor of the Defendant. This action is CLOSED.

Date: February 16, 2012                                            JAMES BONINI, CLERK

                                                                      By:<u>s/Emily Bromwell Hiltz</u>
                                                                      Emily Bromwell Hiltz, Deputy Clerk